UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ESSEX INSURANCE COMPANY, )
)
    Plaintiff(s), )
)
vs. ) No. 4:08CV01595 ERW
)
PARIC CORPORATION, et al., )
)
    Defendant(s). )

## ORDER

This matter comes before the Court on Plaintiff's Motion for Substitution of Party [doc. #53]. A Suggestion of Death [doc. #41] as to Defendant Richard W. Darragh was filed with this Court on April 7, 2009.

**IT IS HEREBY ORDERED** that pursuant to Section 537.021, RSMo., Plaintiff's Motion for Substitution of Party [doc. #53] is **GRANTED**. Counsel for deceased Defendant Richard W. Darragh shall provide this Court no later than **July 29, 2009**, with the name of the personal representative of the estate of the deceased. The Estate of Richard W. Darragh shall then be substituted as a party Defendant in this matter.

**So Ordered this 9th Day of July , 2009.**

_____
**E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE**